U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2018 FEB -8 P 3: 32
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERNEST M. LOVE,

    Defendant.

Case No. 18-CR
[18 U.S.C. §§ 922(g)(1) & 924(e)(1)]

**18-CR-026**

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. On or about September 15, 2017, in the State and Eastern District of Wisconsin,

**ERNEST M. LOVE,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Jimenez Arms, model J.A. Nine, 9mm pistol, bearing serial number 274810.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Information, the defendant, Ernest M. Love, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: a Jimenez Arms, model J.A. Nine, 9mm pistol, bearing serial number 274810.

_____
GREGORY J. HAANSTAD
United States Attorney

Date: 2-8-2018