**18-CR-026**

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2018 FEB -8 P 3:32
STEPHEN C. DRIES
CLERK

U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Ernest M. Love | Address: City, State and Zip Code: Milwaukee, WI 53225 |
|---|---|
| Date of Birth: xx-xx- 1982 | Occupation: |
| Name of Defendant's Attorney: Ann Bowe | Address of Defendant's Attorney: |

Name of U.S. Attorney: Stephen A. Ingraham

| Has warrant been issued? ☐ YES ☒ NO | When? | By Whom? |
|---|---|---|
| Has warrant been executed? ☐ YES ☒ NO | When? | Where? |
| Has defendant appeared before a Magistrate? ☐ YES ☒ NO | When? | Who? |
| Is the defendant in custody? ☐ YES ☒ NO | Where? | |

Pretrial Scheduling Conference Necessary? ☐ YES ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County: Milwaukee

Minor Offense
Petty Offense
Arraignment & plea before:      Judge:      Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| One | 9/15/17 | Possession of a firearm by a felon *18 U.S.C. §§ 922(g)(1) & 924(e)(1)* | Mandatory 15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |

**Agency/Agent:** ATF Luke Barker
**OCDETF:** ☐ YES  ☒ NO