UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No. 2018-cr-26-PP

ERNEST M. LOVE ,

        Defendant.

---

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE (DKT. NO. 12)**

---

On February 8, 2018, the government filed an information, charging the defendant with being a felon in possession of a firearm in violation of 18 U.S.C. §§922(g)(1) and 924(e)(1). Dkt. No. 1. The government filed an addendum to the plea agreement that included a forfeiture notice, listing an Jimenez Arms, model J.A. Nine, 9mm pistol, bearing serial number 274810. Dkt. No. 11. In the addendum, the defendant agreed that the court could immediately enter a preliminary order of forfeiture. Id.

In light of the addendum, the court **FINDS** that the Jimenez Arms, model J.A. Nine, 9mm pistol, bearing serial number 274810 is subject to forfeiture.

The court **GRANTS** the government's motion for entry of a preliminary order of forfeiture. Dkt. No. 12. The court **ORDERS** that all right, title and interest in the Jimenez Arms, model J.A. Nine, 9mm pistol, bearing serial

number 274810 is **FORFEITED** to the United States under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c).

The court **ORDERS** that the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly appointed representative, shall seize the items listed above.

The court **ORDERS** that under 21 U.S.C. §853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the property according to law.

The court will recount the terms of this order in the defendant's judgment and commitment order.

Dated in Milwaukee, Wisconsin this 30th day of April, 2018.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**